1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TRACY LU GOUPIL, et al., | ) | Case No. 2:13-cv-02171-JCM-PAL |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | (Mtn for Leave to Appear - Dkt. #6) |
| ERIC H. HOLDER, JR., | ) | |
| Defendant. | ) | |

      This matter is before the court on the Motion to Permit Appearance of Government Attorney (Dkt. #6). The court has considered the Motion.

      The United States Attorney for the District of Nevada seeks an order, pursuant to LR IA 10-3, permitting attorney John J.W. Inkeles to practice before this court on behalf of Defendant Eric H. Holder, Jr., in this case. The Motion represents that Mr. Inkeles is a member in good standing of the State Bar of New York and is an attorney employed by the United States Department of Justice, Office of Immigration Litigation in Washington, D.C. LR IA 10-3 provides that any non-resident attorney who is a member in good standing of the highest court of any state, commonweath, territory, or the District of Columbia, who is employed by the United States as an attorney shall, upon motion, be permitted to practice in this court on behalf of the government while so employed. *See* LR IA 10-3.

      Having reviewed and considered the matter, and good cause appearing,

      **IT IS ORDERED** that the Motion to Permit Appearance (Dkt. #6) is GRANTED, and attorney John J.W. Inkeles may appear in this action on behalf of Defendant Eric H. Holder, Jr.

      Dated this 20th day of March, 2014.

                                              _____

                                     PEGGY A. LEEN
                                     UNITED STATES MAGISTRATE JUDGE